**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1274**

MELVIN DINKINS,

        Plaintiff - Appellant,

    v.

REGION TEN CSB,

        Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville.  Norman K. Moon, Senior District Judge.  (3:19-cv-00030-NKM)

Submitted:  August 20, 2020                    Decided:  August 24, 2020

Before GREGORY, Chief Judge, WYNN, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Melvin Dinkins, Appellant Pro Se.  James Morton Bowling, ST. JOHN, BOWLING & LAWRENCE, Charlottesville, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melvin Dinkins appeals the district court's orders dismissing his complaint under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted and denying his postjudgment motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dinkins v. Region Ten CSB*, No. 3:19-cv-00030-NKM (W.D. Va. Feb. 18, 2020 & March 5, 2020). We deny Dinkins' motion to expedite, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*